UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BANDAR ALHARBI,<br><br>Plaintiff,<br><br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendants. | : | 26-CV-00055 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to the Court's Order dated September 24, 2026, ECF No. 36, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described in ECF No. 23, by October 21, 2026. Defendant City of New York ("Defendant") filed a letter containing its portion of the required joint letter and a proposed Civil Case Management Plan and Scheduling Order representing that the "parties conferred and agreed upon the proposed dates." ECF No. 40.

To date, Plaintiff has not submitted their portion of the joint letter as required by the Court's September 24, 2026 Order. ECF No. 36. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 23, 2026**.

SO ORDERED.

Dated: October 22, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge