UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANDAR ALHARBI,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

---

26-CV-0055 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

At the initial pretrial conference held today, October 28, 2026, Defendant City of New York moved for a stay of discovery. For the reasons stated on the record, Defendant's motion to stay discovery is **DENIED**. However, Defendant may move again for a stay of discovery, or challenge the breadth and burden imposed by particular discovery requests, if the scope of discovery subsequently expands beyond the confines Plaintiff intimated at today's conference.

SO ORDERED.

Dated: October 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge